UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN ROBERT DEMOS, JR.,

                              Petitioner,

        v.

STATE OF WASHINGTON,

                              Respondent.

No.  2:22-CV-767-RSL-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation.

(2)    Petitioner's motions to proceed *in forma pauperis* (Dkts. 3, 4) and application for leave to file a second or successive petition under 28 U.S.C. § 2254  (Dkt. 1) are referred to the Ninth Circuit Court of Appeals.

(3)    This case is dismissed without prejudice.

(4)    The Clerk is directed to send copies of this Order to Petitioner and to the Hon. David W. Christel.

**DATED** this 22nd day of  August, 2022.

Robert S. Lasnik
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1